**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| LAD (AVIATION), INC., d/b/a Charles Taylor Adjusting, CHARLES TAYLOR CONSULTING MEXICO, S.A., CHARLES TAYLOR AFFINITY CHILE LIMITADA, and CHARLES TAYLOR CHILE S.A., <br> *Plaintiffs*, <br><br> vs. <br><br> MCLARENS, INC., FELIPE RAMIREZ, and RAMIREZ VALLE MATRIZ, S.C., d/b/a Ramirez Valle y Asociados, <br> *Defendants*. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. 4:24-CV-03483 <br> (Removed from the 457th Judicial District Court of Montgomery County, Texas, Cause No. 24-08-13321) <br><br> Jury Demanded <br><br> Judge Charles Eskridge |

## ORDER

The Court, having considered Plaintiffs' Motion to Remand (Dkt. 12) (the "Motion"), any timely responses to the Motion, any timely replies, and for good cause shown, has determined that the Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that this action is REMANDED to the 457th Judicial District Court of Montgomery County, Texas.

**SO ORDERED.**

Signed on _____, 2024, at Houston Texas.

_____
Hon. Charles R. Eskridge III
United States District Judge